Michael S. Ioane
Reg. No. 64460-097
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly 6/25/13

JUN 25 2013

FILED _____
DOCKETED 6/25/13
DATE   INITIAL

# IN THE SUPREME COURT OF THE UNITED STATES OF AMERICA

| MICHAEL S IOANE, Petitioner, | 13-72252 |
|---|---|
| v. | Ninth Circuit No. 12-10068 D.C. No. 09-cr-0142 LJO |
| UNITED STATES OF AMERICA, Respondent | WRIT SUPERVISORY ALTERNATIVELY WRIT MANDATE |

Petitioner, Michael S. Ioane, moving in Pro Per, seeks the protection of this court by asking that this Honorable Court use its supervisory authority over the lower circuit court, the Ninth Circuit.

The Ninth Circuit has refused or declined or is ignoring this Court's rulings in <u>Zender v. United States</u>, 547 U.S. 489, 499 (2006); additionally ignoring its own rulings regarding the plain language of the Speedy Trial Act (STA), Title 18 Section 3161 et. seq. <u>United States v. Lloyd</u>, 125, F.3d 1263, 1267-71 (9th Cir. 1997); <u>United States v. Perez-Revels</u>, 715 F.2d 1348, 1352 (9th Cir 1983).

In the district court, Case No. 09-cr-0142-LJO, I was not brought to trial within the 70-day period and my motion to dismiss should have been granted; but, was denied. 18 U.S.C. Section 3162(a)(2);

Zender v. United States, 547 U.S. 489, 499 (2006)

The Ninth Circuit Court affirmed the district court's denial of the motion to dismiss for STA violations. The Ninth Circuit's ruling is directly in conflict with this Court's rulings in Zender v. United States, 547 U.S. 489, 499 (2006). The ruling is also in direct conflict with the plain language of the Act, Title 18 Section 3161 et seq.; Bloate v. United States, 599 U.S. 196 (2010).

I currently have a Petition for Rehearing which was filed on June 17, 2013, in the Ninth Circuit Court of Appeals. My

request for Assistance/Writ Supervisory is directed at my pending petition for rehearing.

## PROCEDURAL HISTORY

The Speedy Trial Act in my case began on April 10, 2009, the day I was arraigned. On that date, I objected to any continuance and the next hearing was scheduled for May 1, 2009. On May 1, 2009 the Court continued the case over my objection to October 10, 2009. On that date and again over my objection the Court continued the case until December 3, 2009; then again over my objection, until March 4, 2010; and again until June 11, 2010 the Court again

over my objection continued the trial until December 13, 2010. On November 16, 2010, the Court continued the trial until January 31, 2011. On December 7, 2010 the Court continued the trial until April 11, 2011. On February 25, 2011 the trial date was moved to September 12, 2011 and then for a final time the Court moved the trial date from September 12, 2011 to September 26, 2011, based on the Court's unavailability.

In sum, there were a total of 400 days for which there was no justifiable time exclusions under the STA because either the justification for the exclusion had expired, there were inadequate findings on the record, or there was no attempt

to exclude time whatsoever. Nonetheless, the district court denied my motion to dismiss for violations of STA without any analysis or reasoning.

## ARGUMENT

For purposes of this Writ Supervisory I'm focusing on the district court's December 7, 2010 order, continuing the trial date from January 31, 2011 to April 11, 2011 and excluded time under the STA pursuant to a stipulation of the parties. That December 7, 2010 order, challenged here, did not make any reference to any of the facts or circumstances in my case; no reason whatsoever was given by the parties or the court to justify the continuance.

The order lacked any analysis or factual support. ~~In fact,~~ the stipulation does not refer to any fact or reason whatsoever as to why the continuance is necessary. See attached Exhibit A. This continuance in itself is 70 days and the 20 days from April 10, 2009 to May 1, 2009 alone bring the total days, for this period alone to 90 days.

I have been asking that the statute and law be complied with since April 10, 2009, it is time that the STA statute be complied with. As John Adams stated; "[W]e are a nation of laws and not of men." At least I was taught this in High School. The District Court and the lower circuit have failed or refused to comply with the plain language of the STA statute. I pray that this

Honorable Court will send a loud and clear message to the circuits, albeit, I thought that this court did that in Zender v. United States, 547 U.S. 489 499 (2006) and Bloate v. United States, 599 U.S. 196 (2010), apparently not.

Respectfully submitted this 24th day of June, 2013.

by _Michael Ioane_
Michael S. Ioane
Reg. No. 44460-097
Petitioner in Pro Per

## CERTIFICATE of SERVICE

I HEREBY CERTIFY, that a true and correct copy of the above and foregoing Writ Supervisory/ Alternatively Writ Mandate has been pre-paid postage and properly addressed this 24th day of June 2013, to the following.

Clerk of the Court
U.S. Supreme Court
1 First St, N.E.
Washington DC 20543

Clerk of the Court
U.S. Court of Appeals
The Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119

John Balazs
Attorney at Law
Appellate Attorney for the Petitioner
916 2nd St, 2nd floor
Sacramento, CA 95814

Mark E. Cullers
Asst. U.S. Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA 93721

By: /s/ Michael Ioane

Michael S Ioane
Reg. No. 44460-097
Petitioner In Pro Per

Exhibit A

Exhibit A

ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
MICHAEL S. IOANE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-09-0142 LJO |
| Plaintiff, | STIPULATION FOR CONTINUANCE AND ORDER THEREON |
| vs. | |
| MICHAEL S. IOANE, | |
| Defendant. | |

IT IS HEREBY STIPULATED between Defendant, MICHAEL S. IOANE, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark Cullers, that the Trial now scheduled to begin on Monday, January 31, 2011 be continued to Monday, April 11, 2011 at 8:30 a.m. In addition, the Trial Confirmation/Motions hearing will be moved from Friday, January 7, 2011 to Friday, March 11, 2011 at 8:00 a.m.

It is also stipulated that the motions will be rescheduled as follows:

| | |
|---|---|
| Motions in Limine | February 11, 2011 |
| Responses | February 25, 2011 |

Further, it is stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

(1) Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

(2) Title 18, United States Code, Section 3161(h)(7)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: December 6, 2010

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
MICHAEL S. IOANE

Dated: December 6, 2010

/s/ Mark Cullers
MARK CULLERS
Assistant United States Attorney

- 2 -

Case: 12-10008  06/17/2013  ID: 8670873  DktEntry: 51-2  Page: 10 of 16  (31 of 38)
Case 1:09-cr-00142-LJO Document 85 Filed 12/07/10 Page 3 of 3
Case: 13-72252  06/25/2013  ID: 8681268  DktEntry: 1  Page: 15 of 15

# ORDER

IT IS SO ORDERED. Good cause having been shown, the Trial Confirmation Hearing and Motion in Limine set for Friday, January 7, 2011 is vacated and rescheduled for Friday, March 11, 2011 at 8:00 a.m.

The Trial date of January 31, 2011 is also vacated and is rescheduled to begin on Monday, April 11, 2011 at 9:00 a.m.

Motions in Limine are now due on February 11, 2011 with responses due by February 25, 2011.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

Dated: December 7, 2010

/s/ Lawrence J. O'Neill\_\_\_
Honorable Lawrence J. O'Neill
United States District Court Judge